UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND BATES,

    Plaintiff,

v.

J&E COLLECTIONS, INC.,

    Defendant.

_____/

Case No. 1:23-cv-865

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order issued on today's date,

**IT IS HEREBY ORDERED** that Judgment enters against Defendant J&E Collections, Inc. in the amount of $4,876.67.

Dated:  November 1, 2023

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge